# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-1890

The Religious Sisters of Mercy, et al.

Appellees

State of North Dakota

v.

Xavier Becerra, Secretary of the United States Department of Human Services, et al.

Appellants

---

Appeal from U.S. District Court for the District of North Dakota - Eastern
(3:16-cv-00386-PDW)
(3:16-cv-00432-PDW)

---

**ORDER**

A petition for rehearing has been filed by Appellee Catholic Benefits Association in the above case. The court requests a response to the petition for rehearing by the panel.

The response is limited to 3900 words, and must contain a word count certificate. The response should be filed electronically by February 17, 2023.

February 07, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans